■ In the Matter of PIERRE II. and Another, Children Alleged to be Neglected. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LAURA II., Appellant, et al., Respondent. [612 NYS2d 972] —Appeal from an order of the Family Court of St. Lawrence County (Nelson, J.), entered February 25, 1993, which, *inter alia,* granted petitioner's application, in a proceeding pursuant to Family Court Act article 10, to extend the placement of respondents' children with petitioner for 12 months.

The record reveals that the extension of placement of respondents' children with petitioner for a period of 12 months was a proper exercise of Family Court's discretion and in the best interests of the children. The court's decision and order make clear that it complied with the mandates of Family Court Act § 1055 (b) (iv) (A) and (B). The remaining contentions raised in this appeal have been considered and rejected for lack of merit.

Cardona, P. J., White, Casey, Weiss and Peters, JJ., concur. Ordered that the order is affirmed, without costs.

■ In the Matter of SAMUEL FULFORD, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents. [612 NYS2d 971] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Washington County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

We find that the record contains sufficient material to enable the Hearing Officer to independently assess the credibility of the confidential informants and the reliability of the information. There is no requirement that the Hearing Officer personally interview the confidential informants. This confidential information, as well as the testimony presented, provided substantial evidence to support the determination of guilt.

Cardona, P. J., White, Casey, Weiss and Peters, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.